NIAGARA, LOCKPORT AND ONTARIO POWER COMPANY, Appellant, v. FRANCIS

B. MITCHELL, Respondent.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied. Order of affirmance entered November 29, 1922 [See 203 App. Div. 497], amended so as to strike out findings of fact Nos. V, XII, XIII and XV, also the following words in finding No. X: " to be crossed by defendant's livestock as if it were a farm crossing," upon the ground that they are not supported by evidence. The words " which deed purported to convey " in finding No. II are modified so as to read, " which deed conveyed." The words " so purporting to convey " in finding No. III are modified so as to read, " so conveying." The following additional finding is made by this court: That stock of the defendant from time to time entered upon the plaintiff's said property from defendant's adjoining property and grazed at will thereon.

FRANK B. SHAMROCK, as Administrator, etc., Respondent, v. GENERAL ELECTRIC COMPANY and Another, Appellants.— Motion for leave to appeal to Court of Appeals granted.